# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANTHONY DIDIANA,

        Plaintiff,

v.

HARRAH'S ENTERTAINMENT, INC., et al.,

        Defendants.

2:08-CV-1314 JCM (PAL)

**ORDER**

Presently before the court is plaintiff Anthony Didiana's request for setting of bond to stay enforcement of judgment pending appeal. (Doc. #100). Defendant Parball Corporation responded (doc. #101), and plaintiff replied (doc. #103).

Federal Rule of Civil Procedure 62(d) states: "If an appeal is taken, the appellant may obtain a stay by supersedeas bond, except in an action described in Rule 62(a)(1) or (2). The bond may be given upon or after filing the notice of appeal or after obtaining the order allowing the appeal. The stay takes effect when the court approves the bond."

On November 4, 2010, plaintiff filed proper notice of appeal, complete with a filing fee. (Doc. #94). Whereas Rules 62(a)(1) and (2) are not applicable in this case, petitioner Didiana may obtain a stay by supersedeas bond.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's request for setting of bond to stay enforcement of judgment pending appeal (doc. #100) is GRANTED.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that a supersedeas bond is set in the full amount of the judgment, $7,521.63 (doc. #99), plus projected interest of $1,500 during pendency of appeal for a total of $9,021.63.

DATED this 29th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -